440 A.2d 1242

Commonwealth v. Smith, Appellant.

Submitted December 5, 1980. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.

440 A.2d 1242

Commonwealth v. Stoltzfus, Appellant.

Submitted March 11, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and MONTGOMERY, JJ.

The judgment of sentence is hereby affirmed.

440 A.2d 1242

Commonwealth v. Tarner, Appellant.